WALTER R. MCCARTHY, Respondent, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.

Argued November 30, 1938; decided January 3, 1939.

*Frederick S. Martyn, Raymond D. Thurber* and *George D. Yeomans* for appellant.

*Thomas A. Shaw, Jay S. Jones* and *Edward J. Fanning* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.